UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS
CENTRAL DIVISION

In Re: April Stubbs                                                                 Case No: 4:17-bk-15737
                                                                                           Chapter 13

### APPLICATION FOR COMPENSATION FOR ADDITIONAL SERVICES

The attorney for the debtor hereby represents that the following additional services have been provided and submits this Application for Compensation for Additional Services.

1. The following additional services have been provided as reflected by the following:

   Pleading: Amended Schedules I/J

   Docket No.: 96   Date Filed: 12/14/2021   Service Description Number: 21
   (If document not filed with the Court, attach copy of document.)

| Date Filed with Court | Description of Service | Maximum Allowable Fee | Requested Amount |
|---|---|---|---|
| | 1. Post-Confirmation Amended Plan – Adding Only Unsecured Creditors (Awarded upon confirmation of plan) | $100 | |
| | 2. Post-Confirmation Amended Plan (Awarded upon confirmation of modified plan) | $375 | |
| | 3. Pre- or Post-Confirmation Lien Avoidance Action (Uncontested/no trial) | $400 | |
| | 4. Pre- or Post-Confirmation Lien Avoidance Action (Contested/trial) | $500 | |
| | 5. Post-Confirmation Letter to Creditor to Cease Collection Efforts, Contacts, Post-Petition Garnishment (With relevant documentation attached) | $50 | |
| | 6. Post-Confirmation Notice of Bankruptcy Filed in Another Court (With relevant documentation attached) | $50 | |
| | 7. Pre- or Post-Confirmation Defense of an IRS or DFA Motion for Relief From Stay to Setoff Refund | $150 | |
| | 8. Post-Confirmation Defense of an IRS or DFA Motion to Compel to File Tax Returns | $100 | |
| | 9. Pre- or Post-Confirmation Defense of a DFA Motion for Strict Compliance for Debtor Engaged in Business | $150 | |
| | 10. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Motion to Incur Debt (Personal Property), Abate Plan Payment, Refund/Disbursement (No trial) | $375 | |
| | 11. Pre- or Post-Confirmation Motion to Assist Debtor in Compliance or Performance of Plan, e.g. Motion to Incur Debt (Personal Property), Abate Plan Payment, Refund/Disbursement (Trial) | $500 | |
| | 12. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (No trial) | $500 | |
| | 13. Pre- or Post-Confirmation Motion to Sell, Refinance, Incur Debt or Modify Loan (Real Property) (Trial) | $650 | |
| | 14. Pre- or Post-Confirmation Objection to Claim (Uncontested; filed by debtor's attorney) | $200 | |
| | 15. Pre- or Post-Confirmation Objection to Claim (Contested; filed by debtor's attorney) | $400 | |
| | 16. Motion for "Hardship Discharge" Pursuant to 11 U.S.C. § 1328(b) (If funds available) | $400 | |
| | 17. Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (No trial and not provided as | $300 | |

| | | | | |
|---|---|---|---|---|
| | | surrendered/abandoned in plan and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) | | |
| | 18. | Pre- or Post-Confirmation Defense of a Motion for Relief from Stay or Creditor's Motion to Dismiss (Trial) | $600 | |
| | 19. | Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (No Trial) | $100 | |
| | 20. | Pre- or Post-Confirmation Defense of a Trustee's Motion to Dismiss (Other than for failure to amend, submit documentation or file schedules and when fees are not requested under another section of this paragraph, e.g., amended plan or amended schedules) (Trial) | $300 | |
| | 21. | Post-Confirmation Amendment to Schedules C, I & J (Not part of an amended plan or other motion) | $200 | $200.00 |
| | 22. | Proof of Claim (With relevant documents attached, including security documents) | $150 | |
| | 23. | Pre- or Post-Confirmation Motion to "Reinstate" or Set Aside Dismissal Order (Other than for failure to timely file/submit documents or plan) | $250 | |
| | 24. | Post-Confirmation Motion to "Deconsolidate"/Sever Case | $300 | |

2. The following costs have been incurred with this Application:

| | |
|---|---|
| Actual Costs to Notify     Creditors by Regular Mail (Not to Exceed $2.25 per Creditor)<br>      (Itemize each type of Notice)<br>    Notice of     dated      (Notices) | |
| Actual Costs to Notify     Creditors by Certified Mail  (Not to Exceed $9.00 per Creditor)<br>      (Itemize each type of Notice)<br>       Notice of  Opportunity to Object  dated    (Notices) | |
| Fee to Add/Remove Creditors  - Amount Actually Paid<br>Indicate Date and Purpose of Payment: Fee to Add Creditors / Change Amount of Debt | |

3. **This total request is:**

| | |
|---|---:|
| **Total Fees Requested** | $200.00 |
| **Total Costs Requested** | $0.00 |
| **Total Additional Fees and Costs Requested:** | $200.00 |
| | |

No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm, or corporation.

| Approved by: | Respectfully submitted: |
|---|---|
| /s/ | **/s/  Matthew D. Mentgen** |
| **Debtor's Signature** | **Attorney's Signature** |
| /s/ | Matthew D. Mentgen |
| **Debtor's Signature** | Mentgen Law Firm |
| | PO Box 164439 |
| | Little Rock, AR 72216 |
| | Phone Number:      501-392-5662 |

*If debtor(s)' signature(s) are not obtained, a notice and opportunity to object must be served on the debtor(s).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICTS OF ARKANSAS
LITTLE ROCK DIVISION

In Re: April Stubbs                                                                            Case No: 4:17-bk-15737
                                                                                                              Chapter 13

## NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that Matthew D. Mentgen has filed the attached Application for Compensation. Objections to the Application for Compensation must be filed with the United States Bankruptcy Court at 300 W. Second, Little Rock, AR 72201 in writing within twenty-one (21) days from the date of this notice.

If objections to the Application for Compensation are filed, they will be set for hearing by subsequent notice. If no objections are received, the Application for Compensation may be approved without further notice or hearing.

Date: 12/14/2021                                    /s/ *Matthew D. Mentgen*
                                                                Matthew D. Mentgen
                                                                PO Box 164439
                                                                Little Rock, AR 72216
                                                                501-392-5662

## CERTIFICATE OF SERVICE

I, Matthew D. Mentgen, hereby certify that copies of the foregoing Application for Compensation and Notice of Opportunity to Object have been mailed to the following:

Joyce Bradley Babin (by electronic filing)

April Stubbs
1420 Huebner St
Conway, AR 72032-8602

Date: 12/14/2021                                    /s/ *Matthew D. Mentgen*
                                                                Matthew D. Mentgen
                                                                PO Box 164439
                                                                Little Rock, AR 72216
                                                                (501) 392-5662