IN THE UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  APRIL STUBBS                                                              CASE NO: 4:17-bk-15737 J
      DEBTOR                                                                                CHAPTER 13

## <u>CHAPTER 13 ORDER OF COMPENSATION<br>FOR ADDITIONAL SERVICES</u>

Before the court is the Application for Compensation for Additional Services filed by the debtor's counsel, Matthew D. Mentgen, on December 14, 2021, Docket Entry 97, for additional services and/or costs.  The court finds that the application should be, and hereby is, approved.  The Trustee is directed to pay the amount of  $200.00 pursuant to 11 U.S.C. § 1326.

IT IS SO ORDERED.


Date:  January 04, 2022                                          /s/ PHYLLIS M. JONES
                                                               PHYLLIS M. JONES
                                                                United States Bankruptcy Judge


Comments:
    Amended Schedules I/J 12/14/21 #96


cc:  Joyce Bradley Babin, Trustee

    Matthew D. Mentgen
    P O Box 164439
    Little Rock, AR  72216

    APRIL STUBBS
    4440 Oregon Trail
    Conway, AR  72034